# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 13-17258-ELF

GWENDOLYN PARKER
LEON PARKER
60 HOUSTON ROAD

LANSDOWNE, PA 19050

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GWENDOLYN PARKER
    LEON PARKER
    60 HOUSTON ROAD

    LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                                /S/ William C. Miller

Date: 10/7/2016                                _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee