United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 13-17258-elf
Gwendolyn Parker                                                   Chapter 13
Leon Parker
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Nov 08, 2016
                             Form ID: pdf900          Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2016.
db/jdb       +Gwendolyn Parker,   Leon Parker,   60 Houston Road,   Lansdowne, PA 19050-1726
13134199     +Acs Inc,   Attn: Bankruptcy,   PO Box 56317,   Philadelphia, PA 19130-6317
13134202      Bose Corporation,   Billing/SST,   The Mountain,   Framingham, MA 01701-9168
13134204     +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
13134207     +Court Warrents,   409 Ashland Avenue,   Secane, PA 19018-2705
13134212     +ER Solutions/Convergent Outsourcing, INC,   PO Box 9004,   Renton, WA 98057-9004
13134209     +Eastern Account System INC.,   Attn: Bankruptcy Dept.,   PO Box 837,   Newtown, CT 06470-0837
13134211     +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13134213     +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13176548     +Galway Financial Services,   1290 W Spring St, SE, Suite 270,   Smyrna GA 30080-3690
13134214     +Global Credit,   20010 Century Blvd Ste 4,   Germantown, MD 20874-1118
13134219     +Med Rev Recovery,   1217 Milton Ave,   Syracuse, NY 13204-1056
13134220     +Michael Mayberry, Esq.,   P.O. Box 83,   Newtown Square, PA 19073-0083
13134223     +Midnight Velvet,   Swiss Colony Midnight Velvet,   1112 7th Ave,   Monroe, WI 53566-1364
13134224     +Nrthn Resol,   Po Box 566,   Amherst, NY 14226-0566
13134225      PA Dept. of Revenue,   Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
               Harrisburg, PA 17120-0946
13134227     +PGW,   Legal Dept. 4th Floor,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
13134229     +Rjm Acq Llc,   575 Underhill Blvd Ste 2,   Syosset, NY 11791-3426
13134230     +Rushmore Lms,   18400 Von Karman Ave Ste,   Irvine, CA 92612-1514
13134231     +Rushmore Loan Management,   15480 Laguna Canyon Road,   Suite 100,   Irvine, CA 92618-2132
13134232     +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
               Chicago, IL 60661-3631
13170039     +U.S. Bank, National Association,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
               Irvine, CA 92619-5004
13134233     +Upper Darby Court,   1550 Garrett Rd.,   Upper Darby, PA 19082-4505
13225579     +Upper Darby Township,   c/o James D. Smith, Finance Director,   100 Garrett Road,
               Upper Darby, PA 19082-3135
13134234     +Windham Professionals,   380 Main St,   Salem, NH 03079-2412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Nov 09 2016 02:29:03    City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2016 02:28:30
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2016 02:29:00    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13134198     +E-mail/Text: seinhorn@ars-llc.biz Nov 09 2016 02:29:32    Ability Recovery Servi,
               Po Box 4031,   Wyoming, PA 18644-0031
13204830     +E-mail/Text: seinhorn@ars-llc.biz Nov 09 2016 02:29:32    Ability Recovery Services,
               PO Box 4031,   Wyoming PA 18644-0031
13134200     +E-mail/Text: EBNProcessing@afni.com Nov 09 2016 02:28:55    Afni,   Attention: Bankruptcy,
               1310 Martin Luther King Dr,   Bloomington, IL 61701-1465
13187664     +E-mail/Text: EBNProcessing@afni.com Nov 09 2016 02:28:55    Afni, Inc,   PO Box 3667,
               Bloomington, IL 61702-3667
13134201     +E-mail/Text: EBNProcessing@afni.com Nov 09 2016 02:28:55    Afni, Inc.,   Attn: Bankruptcy,
               PO Box 3097,   Bloomington, IL 61702-3097
13136202      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2016 02:16:23
               American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
               Oklahoma City, OK  73124-8848
13132935      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2016 02:16:23
               American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
               Oklahoma City, OK  73126-8941
13134203      E-mail/Text: bankruptcy@cashcall.com Nov 09 2016 02:29:31    Cashcall Inc,
               Attn:Bankruptcy Department,   1600 S Douglass Rd,   Anaheim, CA 92806
13134205     +E-mail/Text: equiles@philapark.org Nov 09 2016 02:29:32    City of Philadelphia,
               Parking Violations Branch,   P.O. Box 41819,   Philadelphia, PA 19101-1819
13134206     +E-mail/Text: bankruptcy@phila.gov Nov 09 2016 02:29:03    City of Philadelphia,
               Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102-1504
13134210     +E-mail/Text: bknotice@erccollections.com Nov 09 2016 02:28:52    Enhanced Recovery Corp,
               Attention: Client Services,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13134216      E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2016 02:16:20    Green Tree Servicing L,
               332 Minnesota St Ste 610,   Saint Paul, MN 55101
13134215     +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2016 02:16:21    Green Tree,   7360 S Kyrene Road,
               Tempe AZ 85283-8459
13133873     +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2016 02:15:44    Green Tree Servicing LLC,
               7340 S. Kyrene Rd. T-120,   Tempe ,AZ 85283-4573
13134217     +E-mail/Text: aalvino@helmautoloans.com Nov 09 2016 02:28:54    Helm Assocs,   801 Bristol Pike,
               Croydon, PA 19021-5447
13134218      E-mail/Text: cio.bncmail@irs.gov Nov 09 2016 02:28:22    I.R.S.,   P.O. Box 7346,
               Philadelphia, PA 19101-7346

```
District/off: 0313-2          User: Virginia          Page 2 of 2          Date Rcvd: Nov 08, 2016
                              Form ID: pdf900          Total Noticed: 54
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13173051        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 09 2016 02:28:57      DENOVUS CORPORATION LTD,
                c o Jefferson Capital Systems LLC,    PO BOX 7999,   SAINT CLOUD MN 56302-9617
13134221        E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2016 02:28:50      Midland Credit Management,
                P.O. Box 60578,    Los Angeles, CA 90060-0578
13134222       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 09 2016 02:28:50      Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13151734       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 09 2016 02:28:25      PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,   Philadelphia, PA 19101-1380
13134228        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2016 02:55:57
                Portfolio Recovery,    P.O. Box 12914,   Norfolk VA 23541
13138764        E-mail/Text: ebn@vativrecovery.com Nov 09 2016 02:28:25      Palisades Acquisition IX, LLC,
                Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition IX, L,
                PO Box 40728,   Houston TX 77240-0728
13134226        E-mail/Text: bankruptcygroup@peco-energy.com Nov 09 2016 02:28:25      Peco Energy,
                2301 Market Street # N 3-1,    Legal Department,   Philadelphia PA 19103-1338
13171847        E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2016 02:28:26
                Quantum3 Group LLC as agent for,    Galaxy Asset Purchasing LLC,   PO Box 788,
                Kirkland, WA  98083-0788
13164266        E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2016 02:28:26
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,   PO Box 788,
                Kirkland, WA  98083-0788
13152812        E-mail/Text: appebnmailbox@sprint.com Nov 09 2016 02:28:49      Sprint Nextel,
                Attn Bankruptcy Dept,    PO Box 7949,   Overland Park KS 66207-0949
                                                                              TOTAL: 29


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13134208        Crzy Jmy Aut
13148237      ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                    TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2016                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2016 at the address(es) listed below:
```
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   U.S. Bank National Association, not in its
           individual capacity but solely as Trustee for RMAC Trust, Series 2013-3T c/o Rushmore Loan
           Management Services bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2   on behalf of Plaintiff Gwendolyn  Parker ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2   on behalf of Joint Debtor Leon  Parker ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2   on behalf of Debtor Gwendolyn  Parker ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2   on behalf of Debtor Gwendolyn  Parker ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2   on behalf of Joint Debtor Leon  Parker ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                      TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GWENDOLYN PARKER                    Chapter 13
LEON PARKER


            Debtor                    Bankruptcy No. 13-17258-ELF


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: November 8, 2016**

_____
                                    Eric L. Frank
                                    ChiefBankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-


Debtor:
GWENDOLYN PARKER
LEON PARKER
60 HOUSTON ROAD

LANSDOWNE, PA 19050