# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Gwendolyn Parker and Leon Parker  
        Debtor(s)

CHAPTER 13

BKY. NO. 13-17258 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank National Association, not in its individual capacity but solely as Trustee for RMAC Trust, Series 2013-3T, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1847

                                          Respectfully submitted,

                                          **/s/Thomas Puleo, Esquire**  
                                          Thomas Puleo, Esquire  
                                          Brian C. Nicholas, Esquire  
                                          KML Law Group, P.C.  
                                          701 Market Street, Suite 5000  
                                          Philadelphia, PA 19106-1532  
                                          (215) 825-6306  FAX (215) 825-6406